UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| LEE, PHIL P | § | Case No. 10-32644 |
| LEE, CHRISTINE Y | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker _____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Amr Eagle Bk 556 Randall Road South Elgin, IL 60177 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase-mnhtn | | | | | |
| | Ing Direct 1 S Orange St  Wilmington, DE 19801 | | | | | |
| | State Farm Fncl Svcs F Attn:  Loan Servicing PO Box 5961  Madison, WI 53705 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America 4060 Ogletown/stanton Rd Newark, DE 19713 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy PO Box 20363 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy PO Box 20363 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy PO Box 20363 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy PO Box 20363 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy PO Box 20363 Kansas City, MO 64195 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Corp Credit Services Attn: Centralized Bankruptcy PO Box 20363 Kansas City, MO 64195 | | | | | |
| | Discover Fin Attention: Bankruptcy Department PO Box 3025 New Albany, OH 43054 | | | | | |
| | State Farm Financial S Attn: BCC-DTB5 112 E Washington St Bloomington, IL 61701 | | | | | |
| | Unvl/citi Attn.: Centralized Bankruptcy PO Box 20507 Kansas City, MO 64195 | | | | | |
| 000003 | BANK OF AMERICA | | | | | |
| 000004 | BANK OF AMERICA | | | | | |
| 000002 | CITIBANK, NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000005 | JP MORGAN CHASE BANK, NA | | | | | |
| 000006 | STATE FARM BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-32644 | SPS | Judge: Susan Pierson Sonderby | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | LEE, PHIL P | | | Date Filed (f) or Converted (c): | 07/22/10 (f) |
| | LEE, CHRISTINE Y | | | 341(a) Meeting Date: | 09/21/10 |
| For Period Ending: | 12/27/11 | | | Claims Bar Date: | 03/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2518 COBBLEWOOD, NORTHBROOK, IL 60062 | 321,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT AT FOSTER BANK (XXXXXX9355)  Debtor Claimed Exemption | 100.94 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT AT FOSTER BANK (XXXXXX6081)  Debtor Claimed Exemption | 1,448.61 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT AT FOSTER BANK (XXXXXX6736)  Debtor Claimed Exemption | 817.95 | 0.00 | | 0.00 | FA |
| 5. TV, SOFA, DINING TABLE, CHAIRS(4), BEDS(3), DRAWER  Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. CASUAL AND BUSINESS ATTIRE  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 7. LEXUS ES300, 2001, 90,000 MILES  Debtor Claimed Exemption | 5,350.00 | 0.00 | | 0.00 | FA |
| 8. SONATA 2008, 14,000 MILES | 9,325.00 | 0.00 | DA | 0.00 | FA |
| 9. HONDA ACCORD 2001, 150,000 MILES  Debtor Claimed Exemption | 1,375.00 | 0.00 | | 0.00 | FA |
| 10. EQUIPMENTS AT CIRCLE CLEANERS 1 AT 1040 W BRYN MA | 599.00 | 3,401.00 | | 4,000.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-32644 | SPS | Judge: Susan Pierson Sonderby | Trustee Name: | Frances Gecker |
| Case Name: | LEE, PHIL P | | | Date Filed (f) or Converted (c): | 07/22/10 (f) |
| | LEE, CHRISTINE Y | | | 341(a) Meeting Date: | 09/21/10 |
| | | | | Claims Bar Date: | 03/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 11. EQUIPMENTS AT CIRCLE CLEANERS 2 AT 737 W WASHINGT  Debtor Claimed Exemption | 474.00 | 3,526.00 | | 4,000.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.87 | Unknown |

TOTALS (Excluding Unknown Values)      $342,990.50      $6,927.00              $8,000.87      Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HEARING WAS HELD AND FUNDS HAVE BEEN DISTRIBUTED.

Initial Projected Date of Final Report (TFR): 06/01/11      Current Projected Date of Final Report (TFR): 06/01/11

/s/  Frances Gecker
_____  Date: 12/27/11
FRANCES GECKER

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-32644 -SPS | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | LEE, PHIL P | | Bank Name: | BANK OF AMERICA |
| | LEE, CHRISTINE Y | | Account Number / CD #: | *******5100 MONEY MARKET |
| Taxpayer ID No: | *******7753 | | | |
| For Period Ending: | 12/27/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/29/10 | 10, 11 | Phil E. Lee<br>Christine Lee<br>2518 Cobblewood Dr.<br>Northbrook, IL 60062 | | 1129-000 | 8,000.00 | | 8,000.00 |
| 12/31/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.20 |
| 01/31/11 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.40 |
| 02/28/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,000.46 |
| * 03/17/11 | 001000 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUE<br>BRIDGEVIEW, IL 60455 | Per Order dated 3/15/11<br>Order dated 3/15/11 | 3610-003 | | 800.00 | 7,200.46 |
| 03/31/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,200.53 |
| 04/07/11 | 001001 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19030<br>Springfield, IL 62794-9030 | 2010 Tax due | 2820-000 | | 180.00 | 7,020.53 |
| 04/29/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,020.59 |
| 05/31/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,020.66 |
| 06/30/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,020.72 |

Page Subtotals 8,000.72 980.00

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-32644 -SPS | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | LEE, PHIL P | | Bank Name: | BANK OF AMERICA |
| | LEE, CHRISTINE Y | | Account Number / CD #: | *******5100  MONEY MARKET |
| Taxpayer ID No: | *******7753 | | | |
| For Period Ending: | 12/27/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 07/08/11 | 001000 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUE BRIDGEVIEW, IL 60455 | Per Order dated 3/15/11 Never received check in mail. | 3610-003 | | -800.00 | 7,820.72 |
| 07/08/11 | 001002 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUE BRIDGEVIEW, IL 60455 | Per Order dated 3/15/11 Order dated 3/15/11 | 3610-000 | | 800.00 | 7,020.72 |
| 07/29/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,020.78 |
| 08/31/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,020.84 |
| 09/14/11 | 12 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 7,020.87 |
| 09/14/11 | | Transfer to Acct #*******5702 | Final Posting Transfer | 9999-000 | | 7,020.87 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,000.87 | 8,000.87 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 7,020.87 | |
| Subtotal | 8,000.87 | 980.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,000.87 | 980.00 | |

Page Subtotals          0.15        7,020.87

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-32644 -SPS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | LEE, PHIL P | Bank Name: | BANK OF AMERICA |
| | LEE, CHRISTINE Y | Account Number / CD #: | *******5702 GENERAL CHECKING |
| Taxpayer ID No: | *******7753 | | |
| For Period Ending: | 12/27/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/11 | | Transfer from Acct #*******5100 | Transfer In From MMA Account | 9999-000 | 7,020.87 | | 7,020.87 |
| 10/19/11 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,550.09 | 5,470.78 |
| 10/19/11 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654<br><br>Fees 3,985.50<br>Expenses 4.74 | Attorney for Trustee Fees (Trustee<br><br><br><br><br>3110-000<br>3120-000 | | | 3,990.24 | 1,480.54 |
| 10/19/11 | 001002 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603<br><br>Fees 1,065.50<br>Expenses 8.98 | Accountant for Trustee Fees (Other<br><br><br><br><br>3410-000<br>3420-000 | | | 1,074.48 | 406.06 |
| 10/19/11 | 001003 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 0.27% | 7100-000 | | 44.62 | 361.44 |
| 10/19/11 | 001004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS | Claim 000002, Payment 0.27% | 7100-000 | | 68.81 | 292.63 |

Page Subtotals 7,020.87 6,728.24

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 10-32644 -SPS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | LEE, PHIL P | Bank Name: | BANK OF AMERICA |
|  | LEE, CHRISTINE Y | Account Number / CD #: | *******5702  GENERAL CHECKING |
| Taxpayer ID No: | *******7753 |  |  |
| For Period Ending: | 12/27/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | ASSIGNEE OF CITIBANK, NA C/O RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602- |  |  |  |  |  |
| 10/19/11 | 001005 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO BOX 248809 OKLAHOMA CITY, OK 73124-8809 | Claim 000003, Payment 0.27% | 7100-000 |  | 34.89 | 257.74 |
| 10/19/11 | 001006 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO BOX 248809 OKLAHOMA CITY, OK 73124-8809 | Claim 000004, Payment 0.27% | 7100-000 |  | 37.83 | 219.91 |
| 10/19/11 | 001007 | JP MORGAN CHASE BANK, NA C/O ASCENSION CAPITAL GROUP P. O. BOX 201347 ARLINGTON, TX 76006 | Claim 000005, Payment 0.27% | 7100-000 |  | 219.91 | 0.00 |

Page Subtotals     0.00     292.63

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-32644 -SPS |
| Case Name: | LEE, PHIL P |
| | LEE, CHRISTINE Y |
| Taxpayer ID No: | *******7753 |
| For Period Ending: | 12/27/11 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5702  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,020.87 | 7,020.87 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 7,020.87 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,020.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,020.87 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********5100 | 8,000.87 | 980.00 | 0.00 |
| GENERAL CHECKING - ********5702 | 0.00 | 7,020.87 | 0.00 |
| | 8,000.87 | 8,000.87 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*